# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **CHRISTIAN SEUS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.  3:11-CV-237** |
| | ) | **Phillips** |
| **KOHLER CO.,** | ) | |
| **BRIGGS & STRATTON CORPORATION,** | ) | |
| **AMERICAN HONDA MOTOR COMPANY,** | ) | |
| **TECUMSEH PRODUCTS COMPANY,** | ) | |
| **DEERE & COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss filed by defendants.  The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Christian Seus take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff Christian Seus their costs of action.

Dated at Knoxville, Tennessee, this _____ day of March, 2012.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

_____
    s/ Thomas W. Phillips
United States District Judge